Receipt # 061407

ORIGINAL

FILED
SEP 16 2004
U.S. COURT OF
FEDERAL CLAIMS

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

WAVERLY HILLS CLUB, INC., )
BILL & LOIS WILSON, )
BRIAN & MARY CONWAY, )
SCOTT & SANDRA DEMERS, )           No. 04-1474L
BUD & CONNIE OLSON, )
BARBRA PETZOLD, )
CAROL FEDIGAN, )
BETTY & GENE LIEKHUS, )
FOSTER & LEMOINE RADFORD, )
EVI & HLK, LP, )
HSK & LMK, LP, AND )
KOSENKRANIUS TRUST, LEO )
KOSENKRANIUS AND SANDRA )
KOSENKRANIUS, )
    )
    Plaintiffs, )
    )
v. )
    )
THE UNITED STATES OF AMERICA, )
    )
    Defendant. )

## COMPLAINT

### THE PARTIES

1. Plaintiff Waverly Hills Club, Inc. owns property in the Town of Sammamish, King County, in Washington State. The Waverly Hills Club claims an interest in real property which has been taken by the United States.

2. Plaintiffs Bill and Lois Wilson are husband and wife, and they own property in the Town of Sammamish, King County, in Washington State. The Wilsons claim an interest in real property which has been taken by the United States.

3. Plaintiffs Brian and Mary Conway are husband and wife, and they own property in the Town of Sammamish, King County, in Washington State. The Conways claim an interest in real property which has been taken by the United States.

4. Plaintiffs Scott and Sandra deMers are husband and wife, and they own property in the Town of Sammamish, King County, in Washington State. The deMerses claim an interest in real property which has been taken by the United States.

5. Plaintiffs Bud and Connie Olson are husband and wife, and they own property in the Town of Sammamish, King County, in Washington State. The Olsons claim an interest in real property which has been taken by the United States.

6. Plaintiff Barbra Petzold owns property in the Town of Sammamish, King County, in Washington State. Ms. Petzold claims an interest in real property which has been taken by the United States.

7. Plaintiff Carol Fedigan owns property in the Town of Sammamish, King County, in Washington State. Ms. Fedigan claims an interest in real property which has been taken by the United States.

8. Plaintiffs Gene and Betty Liekhus are husband and wife, and they own property in the Town of Sammamish, King County, in Washington State. The Liekhuses claim an interest in real property which has been taken by the United States.

9. Plaintiffs Foster and Lemoine Radford are husband and wife, and they own property in the Town of Sammamish, King County, in Washington State. The

Radfords claim an interest in real property which has been taken by the United States.

10. Plaintiff EVI & HLK, LP owns property in the Town of Sammamish, King County, in Washington State. EVI & HLK, LP claims an interest in real property which has been taken by the United States.

11. Plaintiff HSK & LMK, LP owns property in the Town of Sammamish, King County, in Washington State. HSK & LMK, LP claims an interest in real property which has been taken by the United States.

12. Plaintiffs Kosenkranius Trust, Leo Kosenkranius, and Sandra Kosenkranius own property in the Town of Sammamish, King County, in Washington State. The Kosenkranius Trust, Leo Kosenkranius, and Sandra Kosenkranius claim an interest in real property which has been taken by the United States.

13. When mentioned collectively, the Waverly Hills Club, Inc., Wilsons, Conways, deMerses, Olsons, Ms. Petzold, Ms. Fedigan, Liekhuses, Radfords, EVI & HLK, LP, HSK & LMK, LP, Kosenkranius Trust, and Kosenkraniuses will be referred to as "Plaintiffs" herein.

## JURISDICTION

14. This Court has jurisdiction in this action pursuant to 28 U.S.C., §1491(a)(1), in that this action presents a claim against the United States which is founded upon the Fifth Amendment to the Constitution of the United States.

## STATUTES FOR PAYMENT

15. For damages: Tucker Act, 28 U.S.C., §1491(a)(1) (2004).

16. For reimbursement of fees and expenses incurred: Uniform Relocation Assistance and Real Property Acquisition Policies Act, 42 U.S.C. § 4654(c) (2004).

## FACTS

17. The Waverly Hills Club, Inc. owns property on Lake Sammamish in Sammamish, Washington. The property is located in Section 8, Township 24 North, Range 6 East, in King County. The Waverly Hills Club, Inc. bought the Sammamish property in 1969.

18. The Wilsons own property on Lake Sammamish in Sammamish, Washington. The property is located in Section 8, Township 24 North, Range 6 East, in King County. The Wilsons bought the Sammamish property in 1977.

19. The Conways own property on Lake Sammamish in Sammamish, Washington. The property is located in Section 8, Township 24 North, Range 6 East, in King County. The Conways bought the Sammamish property in 1989.

20. The deMerses own property on Lake Sammamish in Sammamish, Washington. The property is located in Section 8, Township 24 North, Range 6 East, in King County. The deMerses bought the Sammamish property in 1986.

21. The Olsons own property on Lake Sammamish in Sammamish, Washington. The property is located in Section 8, Township 24 North, Range 6 East, in King

County. The Olsons bought the Sammamish property in 1977.

22. Ms. Petzold owns property on Lake Sammamish in Sammamish, Washington. The property is located in Section 8, Township 24 North, Range 6 East, in King County. Ms. Petzold bought the Sammamish property in 1969.

23. Ms. Fedigan owns property on Lake Sammamish in Sammamish, Washington. The property is located in Section 8, Township 24 North, Range 6 East, in King County. Ms. Fedigan bought the Sammamish property in 1977.

24. The Liekhuses own property on Lake Sammamish in Sammamish, Washington. The property is located in Section 8, Township 24 North, Range 6 East, in King County. The Liekhuses bought the Sammamish property in 1973.

25. The Radfords own property on Lake Sammamish in Sammamish, Washington. The property is located in Section 8, Township 24 North, Range 6 East, in King County. The Radfords bought the Sammamish property in 1994.

26. EVI & HLK, LP owns property on Lake Sammamish in Sammamish, Washington. The property is located in Section 8, Township 24 North, Range 6 East, in King County. EVI & HLK, LP bought the Sammamish property in 1966.

27. HSK & LMK, LP owns property on Lake Sammamish in Sammamish, Washington. The property is located in Section 8, Township 24 North, Range 6 East, in King County. HSK & LMK, LP bought the Sammamish property in 1966.

28. The Kosenkranius Trust and the Kosenkraniuses own property on Lake

       Sammamish in Sammamish, Washington. The property is located in Section 8, Township 24 North, Range 6 East, in King County. The Kosenkraniuses bought the Sammamish property in 1966.

29. At the time the Plaintiffs purchased their properties, the properties were burdened by a right of way easement for railroad purposes.

30. The railroad right of way was originally acquired by the railroad company on the Plaintiffs' properties in the 1880's by means of prescriptive easement.

31. This railroad right of way eventually became the subject of a petition for exemption from abandonment to the Surface Transportation Board ("STB") by the operating railroad company.

32. On September 18, 1998, the STB served a "Decision and Notice of Interim Trail Use or Abandonment" ("NITU"), which set the stage for the conversion of the former railroad right of way into recreational trail use pursuant to the National Trail System Act, 16 U.S.C. § 1427(d).

33. The United States has neither instituted any condemnation proceeding against the Plaintiffs nor has it offered to pay the Plaintiffs' for their properties which it has taken.

### CLAIM FOR RELIEF

34. Plaintiffs incorporate by reference paragraphs 1-33 of this complaint.

35. The STB's NITU, issued pursuant to 16 U.S.C. § 1427(d), has resulted in the

imposition of a recreational trail on the Plaintiffs' properties.

36. This conversion of the former railroad right of way into recreational trail use has deprived the Plaintiffs of their right to the use, possession, control, and enjoyment of their land that they otherwise would have had but for the NITU.

37. As such, this federal action has resulted in a taking of the Plaintiffs' properties for which they are entitled to just compensation under the Fifth Amendment to the United States Constitution.

### RELIEF REQUESTED

WHEREFORE, the Plaintiffs request a judgment in favor of the Plaintiffs for the following:

1. Damages in an amount to be awarded by the Court for the taking of the Plaintiffs' properties,

2. Interest to be assessed on the award of damages, compounded from the date of taking until the judgment is paid,

3. Reimbursement of all reasonable costs, disbursements, and expenses, including reasonable attorney, appraisal, and engineering fees, and

4. Such further relief as may be appropriate.

Respectfully submitted this 16th day of September, 2004.

                                                **ACKERSON KAUFFMAN FEX, PC**

                                                _/s/ Cecilia Fex_
                                                Cecilia Fex
                                                1666 K Street, NW, Suite 1010
                                                Washington, DC 200006
                                                Office:       202-833-8833
                                                Facsimile:  202-833-8831

                                                Attorney of Record for the Plaintiffs