# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *    *
                                       *
WAVERLY HILLS CLUB, INC., et al.,      *
                                       *
          Plaintiffs,                  *
                                       *
     v.                                *   No. 04-1474L
                                       *   Filed: June 12, 2018
UNITED STATES,                         *
                                       *
          Defendant.                   *
                                       *
* * * * * * * * * * * * * * * * * *    *
```

## O R D E R

The court is in receipt of the parties' June 8, 2018 joint stipulation of dismissal with prejudice of the above-captioned case. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, this court **ORDERS** that this case be **DISMISSED** with prejudice.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**